Hagens Berman Sobol Shapiro LLP
Robert B. Carey #011186
Donald Andrew St. John #024556
2425 East Camelback Road, Suite 650
Phoenix, Arizona 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
E-Mail: rcarey@hbsslaw.com
andy@hbsslaw.com

Hagens Berman Sobol Shapiro LLP
Steve W. Berman WSBA #12536
Thomas E. Loeser WSBA #38701
Genessa Stout WSBA #38410
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-Mail: steve@hbsslaw.com
toml@hbsslaw.com
genessa@hbsslaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| NATHANIEL JOHNSON and KRISTEN PETRILLI; ABRAHAM NIETO; GLORIA and CHARLES LEWIS; FABIAN and MARIA PATRON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KB HOME, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE MORTGAGE VENTURES, LLC, a Delaware company; COUNTRYWIDE-KB HOME LOANS, an unincorporated association of unknown form, LANDSAFE, INC., a Delaware corporation; LANDSAFE APPRAISAL SERVICES, INC., a California corporation; and DOES 1 through 1000,<br><br>Defendants. | No. CV 09-972-PHX-FJM<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Hon. Frederick J. Martone) |

1  Plaintiffs, by and through their undersigned counsel, hereby notify the Court that
2  on this date they served their Initial Disclosure Statement on Defendants by U.S. Mail,
3  postage prepaid.
4  DATED this 2nd day of October, 2009.

HAGENS BERMAN SOBOL SHAPIRO LLP

By    s/ Robert B. Carey
    Robert B. Carey
    Donald Andrew St. John
    11 W. Jefferson St., Suite 1000
    Phoenix, Arizona 85003

HAGENS BERMAN SOBOL SHAPIRO LLP

By    s/ Steve W. Berman
    Steve W. Berman
    Thomas E. Loeser
    Genessa Stout
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATION OF SERVICE**

I hereby certify that on October 2, 2009, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Bruce A. Abbott, Esq.
Bruce.Abbott@mto.com

Jonathan Grant Brinson, Esq.
jonathan.brinson@bryancave.com

Robert B. Carey, Esq.
rcarey@hbsslaw.com

Thomas Loeser, Esq.
toml@hbsslaw.com

William Thomas Luzader, III, Esq.
william.luzader@bryancave.com

Robert W. Shely, Esq.
rwshely@bryancave.com

Donald Andrew St. John, Esq.
andy@hbsslaw.com

Genessa A. Stout, Esq.
genessa@hbsslaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP

By _____s/ Steve W. Berman_____