BRYAN CAVE LLP, 00145700
Robert W. Shely (No. 014261)
James D. Smith (No. 016760)
Jonathan G. Brinson (No. 025045)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
rwshely@bryancave.com
jdsmith@bryancave.com
jonathan.brinson@bryancave.com

Attorneys for Defendants Countrywide Financial
Corporation, Countrywide Home Loans, Inc.,
Countrywide Mortgage Ventures, LLC,
Countrywide-KB Home Loans, LandSafe, Inc.,
and LandSafe Appraisal Services, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| NATHANIEL JOHNSON and KRISTEN PETRILLI; ABRAHAM NIETO; GLORIA and CHARLES LEWIS; FABIAN and MARIA PATRON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> KB HOME, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE MORTGAGE VENTURES, LLC, a Delaware company; COUNTRYWIDE-KB HOME LOANS, an unincorporated association of unknown form; LANDSAFE, INC., a Delaware corporation; LANDSAFE APPRAISAL SERVICES, INC., a California corporation; and DOES 1 through 1000, <br><br> Defendants. | CV-09-972-PHX-FJM <br><br> FIRST AMENDED NOTICE OF DEPOSITIONS |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Mortgage Ventures, LLC, Countrywide-KB Home Loans, LandSafe, Inc., and LandSafe Appraisal Services will take the deposition of the person named below, upon oral examination, by stenographic and videographic means, at the time and place stated below before an officer authorized by law to administer oaths.

| **DEPONENT** | **DATE AND TIME OF EXAMINATION** |
|---|---|
| Charles Lewis | December 2, 2009 @ 8:30 am |
| Gloria Lewis | December 2, 2009 @ 1:00 pm |
| Nathaniel Johnson | December 3, 2009 @ 8:30 am |
| Kristen Petrilli | December 3, 2009 @ 1:00 pm |
| Fabian Patron | December 4, 2009 @ 8:30 am |
| Maria Patron | December 4, 2009 @ 1:00 pm |
| Abraham Nieto | December 7, 2009 @ 8:30 am |

**PLACE OF EXAMINATION**:	Bryan Cave LLP
Two North Central Avenue
Suite 2200
Phoenix, AZ  85004

DATED this 13th day of November, 2009.

BRYAN CAVE LLP


By:   s/ James D. Smith
        Robert W. Shely
        James D. Smith
        Jonathan G. Brinson
        Two North Central Avenue, Suite 2200
        Phoenix, Arizona 85004-4406
        Attorneys for Defendants

The foregoing is being electronically
filed with the Court and electronically
served this 13th day of November, 2009, to:

| | |
|---|---|
| 1 | Robert B. Carey |
| | Donald Andrew St. John |
| 2 | Hagens Berman Sobol Shapiro LLP |
| | 11 W. Jefferson Street, Suite 1000 |
| 3 | Phoenix, Arizona 85003 |
| 4 | |
| | Steve W. Berman |
| 5 | Thomas E. Loeser |
| | Genessa A. Stout |
| 6 | Hagens Berman Sobol Shapiro LLP |
| 7 | 1301 Fifth Avenue, Suite 2900 |
| | Seattle, Washington 98101 |
| 8 | |
| 9 | Attorneys for Plaintiffs |
| 10 | Bruce A. Abbott |
| | Hailyn J. Chen |
| 11 | Peter C. Renn |
| 12 | Brad D. Brian |
| | Munger Tolles & Olson LLP |
| 13 | 355 South Grand Avenue, 35th Floor |
| 14 | Los Angeles, California 90071-1560 |
| | Attorneys for KB Home |
| 15 | |
| 16 | Patricia Lee Refo |
| | Kelly A. Kszywienski |
| 17 | Snell & Wilmer LLP |
| | 400 E. Van Buren Street |
| 18 | Phoenix, Arizona 85004-2202 |
| 19 | Attorneys for KB Home |
| 20 | |
| 21 | s/ Amy Robinson_____ |
| 22 | 656325 |

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

3