Hagens Berman Sobol Shapiro LLP
Robert B. Carey #011186
Donald Andrew St. John #024556
2425 East Camelback Road, Suite 650
Phoenix, Arizona 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rcarey@hbsslaw.com
andy@hbsslaw.com

Hagens Berman Sobol Shapiro LLP
Steve W. Berman WSBA #12536
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| NATHANIEL JOHNSON and KRISTEN PETRILLI; ABRAHAM NIETO; GLORIA and CHARLES LEWIS; FABIAN and MARIA PATRON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KB HOME, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE MORTGAGE VENTURES, LLC, a Delaware company; COUNTRYWIDE-KB HOME LOANS, an unincorporated association of unknown form, LANDSAFE, INC., a Delaware corporation; LANDSAFE APPRAISAL SERVICES, INC., a California corporation; and DOES 1 through 1000,<br><br>Defendants. | No. CV 09-972-PHX-FJM<br><br>**NOTICE OF SERVICE** |

010120-12  330481 V1

Plaintiffs, by and through their undersigned counsel, give notice that they served the following documents on all parties via United States mail on October 13, 2009:

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ALL DEFENDANTS**

DATED this 19th day of November, 2009.

        HAGENS BERMAN SOBOL SHAPIRO LLP

        By    s/ Robert B. Carey
            Robert B. Carey
            Donald Andrew St. John
            11 W. Jefferson St., Suite 1000
            Phoenix, Arizona  85003

        HAGENS BERMAN SOBOL SHAPIRO LLP

        By    s/ Steve W. Berman
            Steve W. Berman
            Thomas E. Loeser
            Genessa Stout
        1301 Fifth Avenue, Suite 2900
        Seattle, Washington  98101

        *Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATION OF SERVICE**

I hereby certify that on November 19, 2009, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Brad D Brian: Brad.Brian@mto.com

Bruce A Abbott: Bruce.Abbott@mto.com,  Valentina.Neufeld@mto.com

Donald Andrew St. John:  andy@hbsslaw.com,  cindyj@hbsslaw.com, georgiao@hbsslaw.com,  marcip@hbsslaw.com

Genessa A Stout:    genessa@hbsslaw.com

Hailyn J Chen:   hailyn.chen@mto.com,  joannette.driver-moore@mto.com, norine.mar@mto.com

James Demosthenes Smith: jdsmith@bryancave.com,  ajrobinson@bryancave.com

Jonathan Grant Brinson:  jonathan.brinson@bryancave.com,  pxdocket@bryancave.com, vabamberger@bryancave.com

Kelly Ann Kszywienski:   kkszywienski@swlaw.com,  docket@swlaw.com, jkfisher@swlaw.com

Patricia Lee Refo:   prefo@swlaw.com,  docket@swlaw.com,  jaltendorf@swlaw.com

Peter C Renn:   Peter.Renn@mto.com,   Karen.Easton@mto.com

Robert B Carey:   rcarey@hbsslaw.com,  amyn@hbsslaw.com,  cindyj@hbsslaw.com

Robert W Shely:   rwshely@bryancave.com,  kathy.oreilly@bryancave.com, pxdocket@bryancave.com

Steve W Berman:     steve@hbsslaw.com,  dawn@hbsslaw.com,  heatherw@hbsslaw.com

Thomas Loeser:   toml@hbsslaw.com

William Thomas Luzader, III:   wtl@kflawaz.com,  cib@kflawaz.com

                           HAGENS BERMAN SOBOL SHAPIRO LLP

                           By      s/ Steve W. Berman