**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NATHANIEL JOHNSON and KRISTEN PETRILLI, ABRAHAM NIETO; GLORIA and CHARLES LEWIS; FABIAN and MARIE PATRON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KB HOME, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE MORTGAGE VENTURES, LLC, a Delaware company; COUNTRYWIDE-KB HOME LOANS, an unincorporated association of unknown form, LANDSAFE, INC., a Delaware corporation; LANDSAFE APPRAISAL SERVICES, INC., a California corporation; and DOES 1 through 1000,<br><br>Defendants. | No. CV-09-972-PHX-FJM<br><br>**ORDER GRANTING PLAINTIFS' MOTION TO SHORTEN TIME RE: PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES FROM COUNTRYWIDE DEFENDANTS** |

Having considered Plaintiffs' Motion to Shorten Time Re: Plaintiff's Motion to Compel Discovery Responses from Countrywide Defendants (doc. 130), and good cause appearing,

**IT IS THEREFORE ORDERED GRANTING** Plaintiffs' Motion to Shorten Time Re: Plaintiff's Motion to Compel Discovery Responses from Countrywide Defendants (doc. 130). The following expedited briefing schedule for Plaintiffs Motion to Compel Discovery Responses from Countrywide Defendants is set:

| | | |
|---|---|---|
| 1 | Motion filed and hand-served | February 19, 2010 |
| 2 | Opposition filed and hand-served | February 24, 2010 |
| 3 | Reply filed and hand-served | February 26, 2010 |

Dated this 22nd day of February, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge